IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAY ALAN MYERS,

    Petitioner,

  v.                                  CASE NO. 2:06-cv-247

                                      JUDGE MARBLEY

JAMES DAVENPORT,

    Charlotte County Sheriff,        MAGISTRATE JUDGE ABEL

    Respondent.

**OPINION AND ORDER**

    On May 24, 2006, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

    The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                        s/Algenon L. Marbley
                                                     ALGENON L. MARBLEY
                                                    United States District Judge